IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

4 OCTOBER 2012

| | | | |
|---|---|---|---|
| 362P12 | State v. Willie James Barnes | Def's *Pro Se* PWC to Review Order of COA (COAP12-446) | Dismissed |
| 363P12 | State v. Curtis Smith, Jr. | 1. State's Motion for Temporary Stay (COA11-1335) | 1. Allowed **08/29/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 364P12 | In re: Kathleen E. Morris, Relator | Petitioner's *Pro Se* Petition for *Writ of Mandamus* (COAP12-589) | Denied **09/05/12** |
| 366P12 | State v. James Stephens | 1. Def's *Pro Se* Petition for *Writ of Mandamus* | 1. Dismissed as Moot **09/07/12** |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot **09/07/12** |
| 367P12 | State v. Steven Darrell Landreth | 1. Def's *Pro Se* PWC to Review the Order of the COA (COAP12-203) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot |
| 368P12 | Sherif A. Philips, M.D. v. Pitt County Memorial Hospital, Inc., Paul Bolin, M.D., and Ralph Whatley, M.D. | 1. Plt's Motion for Temporary Stay | 1. Allowed **09/07/12** |
| | | 2. Plt's Petition for *Writ of Supersedeas* | 2. |
| 371P12 | State v. Kenn Logan | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-279) | Denied |
| 372P12 | State v. Javun Tykee Massey | Def's *Pro Se* Motion for PDR (COAP12-503) | Dismissed |
| 378P12 | Lynda Springs v. City of Charlotte, Transit Management of Charlotte, Inc., and Dennis Wayne Napier | 1. Defs' (City of Charlotte and Transit Management of Charlotte, Inc.) PDR Under N.C.G.S. § 7A-31 (COA12-107) | 1. |
| | | 2. Defs' (City of Charlotte and Transit Management of Charlotte, Inc.) Motion to Stay Execution of Bond Number 018 009 143 | 2. Allowed **10/02/12** |